# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Victor Manuel RUIZ-Angulo<br>DOB: XX/XX/1972; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-00106MJ** |
| Complaint for violation of Title 8 | United States Code § 1326 (b)(1); 1325 |

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|
| DATE OF OFFENSE<br>ON OR ABOUT<br>February 1, 2023 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1:** On or about February 1, 2023 at or near Nogales, in the District of Arizona, **Victor Manuel RUIZ-Angulo** an alien, knowingly and intentionally attempted to enter the United States of America, after having been entered, denied admission, excluded, deported, and removed from the United States through San Ysidro, California on November 16, 2017 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of title 8, United States Code §1326. Enhanced by Title 8, United States Code §1326 (b)(1), a felony.

**COUNT 2:** On or about February 1, 2023, at or near Nogales, in the District of Arizona, **Victor Manuel RUIZ-Angulo** an alien, did attempt to enter the United States of America from the Republic of Mexico by making a willfully false or misleading representation or willful concealment of a material fact; in violation of Title 8, United States Code §1325, a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Victor Manuel RUIZ-Angulo** is a citizen of Mexico. On November 16, 2017, **Victor Manuel RUIZ-Angulo** was lawfully denied admission, excluded, deported, and removed from the United States through San Ysidro, California. On February 1, 2023, **Victor Manuel RUIZ-Angulo** intentionally attempted to re-enter the United States at or near the DeConcini Port of Entry in Nogales, Arizona by falsely claiming to be a United States citizen. **Victor Manuel RUIZ-Angulo** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Subscribed to and sworn before me telephonically.<br>SIGNATURE OF MAGISTRATE JUDGE | SIGNATURE OF COMPLAINANT<br>(official title)<br>Xochitl Gonzalez /s/ Xochitl Gonzalez<br>OFFICIAL TITLE<br>CBPO/E<br>DATE<br>February 2, 2023 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewing AUSA: Curran

CRIMINAL COMPLAINT